DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Citibank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ZEEVI,<br><br>      Plaintiff,<br><br>v.<br><br>CITIBANK,<br><br>      Defendant. | Case No. 2:19-cv-02206-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff Daniel Zeevi, and Defendant Citibank (**Citi**), hereby stipulate and agree that Citi shall have an additional fourteen (14) days, up to and including **March 3, 2020**, to file its response to the plaintiff's complaint, which is currently due on February 18, 2020 per ECF No. 9.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

52024163;1

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. The parties are continuing to discuss the possibility of arbitration.

DATED this 18th day of February, 2020.

| **AKERMAN LLP** | |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Citibank* | */s/ Miles N. Clark*<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK, LLC<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br><br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Attorneys for Daniel Zeevi* |

**IT IS SO ORDERED**

**DATED: February 19, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

52024163;1