DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Citibank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ZEEVI,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK,<br><br>Defendant. | Case No. 2:19-cv-02206-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIFTH REQUEST)** |

Plaintiff Daniel Zeevi, and Defendant Citibank (**Citi**), hereby stipulate and agree that Citi shall have an additional four (4) weeks, up to and including **April 14, 2020**, to file its response to the plaintiff's complaint, which is currently due on March 17, 2020 per ECF No. 13.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

52402235;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' fifth request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. The parties are continuing settlement discussions as well as discussions regarding alternative dispute resolution. Due to office closures and various measures taken related to the COVID-19 pandemic, there have been delays necessitating additional time to continue those discussions and/or prepare a responsive pleading.

DATED this _17th_ day of March, 2020.

| **AKERMAN LLP** | **KNEPPER & CLARK, LLC** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Citibank* | */s/ Miles N. Clark* <br> MATTHEW I. KNEPPER, ESQ. <br> Nevada Bar No. 12796 <br> MILES N. CLARK, ESQ. <br> Nevada Bar No. 13848 <br> 5510 S. Fort Apache Road, Suite 30 <br> Las Vegas, NV 89148 <br><br> *Attorneys for Daniel Zeevi* |

IT IS ORDERED that ECF No. 14 is GRANTED. The court grants this extension but requests that parties continue working diligently so the case can be dismissed by way of an agreement or returned to a litigation track. The parties may file a motion seeking a settlement conference, if they believe it would be useful to reach a settlement. This settlement conference can be telephonic (due to COVID-19 concerns).

**IT IS SO ORDERED**

**DATED: March 19, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**