DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Citibank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ZEEVI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-02206-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SIXTH REQUEST)** |

Plaintiff Daniel Zeevi, and Defendant Citibank (**Citi**), hereby stipulate and agree that Citi shall have an additional three (3) weeks, up to and including **May 5, 2020**, to file its response to plaintiff's complaint, which is currently due on April 14, 2020 per ECF No. 15.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

52402235;1

This is the parties' sixth request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. The parties have been in the process of discussing the mechanics of alternative dispute resolution, or alternatively, settlement without the need for alternative dispute resolution. Those discussions have continued, but Citibank has experienced certain delays in its response times and its ability to complete the discussion following internal transitions to remote handling. The results of the parties' discussions may drive the type of response to the complaint, or absolve the need for a response altogether. As a result, Citibank has requested, and plaintiff Zeevi has agreed to provide, an additional extension of three weeks to respond to the complaint.

DATED this _17th_ day of March, 2020.

| **AKERMAN LLP** | **KNEPPER & CLARK, LLC** |
|---|---|
| /s/ Jamie K. Combs<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Citibank* | /s/ Miles N. Clark<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br><br>*Attorneys for Daniel Zeevi* |

**IT IS SO ORDERED**

**DATED:** April 14, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**