Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext.222
EFax: (702) 967-6666
Email: ghaines@freedomlegalteam.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ZEEVI, | Case No. 2:19-cv-02206-GMN-BNW |
| Plaintiff, | **STIPULATION TO STAY DISCOVERY** |
| v. | **[FIRST REQUEST]** |
| CITIBANK, N.A., | Complaint filed: December 23, 2019 |
| Defendant. | |

Plaintiff Daniel Zeevi ("Plaintiff"), by and through his counsel of record, and Defendant Citibank, N.A. ("Citi") have agreed and stipulated to the following:

1. On December 23, 2019, the Plaintiff filed his complaint [ECF Dkt. 1].

2. On May 5, 2020, Citi filed a Motion to Compel Arbitration [ECF Dkt. 18] and briefing was completed on May 26, 2020.

53804812;1

3. The Parties stipulate to stay discovery pending the outcome of Citi's Motion to Compel Arbitration. As a result, both Plaintiff and Citi hereby request this Court to stay discovery pending the outcome of Citi's Motion to Compel Arbitration.

4. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
DATED July 10, 2020

| **KNEPPER & CLARK LLC** | **AKERMAN LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jamie K. Combs* |
| Matthew I. Knepper, Esq., SBN 12796 | Ariel E. Stern Esq., SBN 8276 |
| Miles N. Clark, Esq., SBN 13848 | Jamie K. Combs, Esq., SBN 13088 |
| 5510 So. Fort Apache Rd, Suite 30 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89134 |
| Email: matthew.knepper@knepperclark.com | Email: ariel.stern@akerman.com |
| Email: miles.clark@knepperclark.com | Email: jamie.combs@akerman.com |
| **FREEDOM LAW FIRM** | *Counsel for Defendant* |
| George H. Haines, Esq., SBN 9411 | *Citibank, N.A.* |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: ghaines@freedomlegalteam.com | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING STIPULATION TO STAY DISCOVERY

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the parties must file a joint status report 10 days following a decision on the pending motion to compel arbitration.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED July 13, 2020

*Zeevi v. Citibank*
*Case No.: 2:19-cv-02206-GMN-BNW*

53804812;1