ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Citibank*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ZEEVI,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK,<br><br>    Defendant. | Case No.: 2:19-cv-02206-GMN-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:  ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

54272127;1

Akerman LLP continues to serve as counsel for Citibank, N.A in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Jamie K. Combs, Esq.

DATED this 11th day of September, 2020

**AKERMAN LLP**

*/s/ Jamie K. Combs, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Citibank,*

**COURT APPROVAL**

IT IS SO ORDERED.

Date:_ September 14, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:19-cv-02206-GMN-BNW

54272127;1